# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

RECEIVED

2020 JUL -7 AM 11: 13

CLERK U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

Marvin C. Woodberry )
Plaintiff )
)
vs. )      Case No. 4:20-CV-00536-LMC
)
United Parcel Service )
Defendant )
)

## APPLICATION FOR LEAVE TO FILE ACTION
## WITHOUT PAYMENT OF FEES
## WITH AFFIDAVIT OF FINANCIAL STATUS IN SUPPORT

I state that I am unable to pay the fees to file an action against the defendant(s) in this case and that the actions of the defendant(s) have harmed me.

Attached is my Affidavit of Financial Status in support of my application to the court for leave to file a civil action without payment of costs.

Marvin C. Woodberry
Plaintiff